

# THE ATTORNEY GENERAL
## OF TEXAS

**JIM MATTOX**
**ATTORNEY GENERAL**

OPINION #  0-783          WAS NEVER ISSUED OR WAS WITHDRAWN.